**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| April Pasley, | Civil No. 11-1555 (RHK/TNL) |
| Plaintiff, | **ORDER** |
| vs. | |
| ER Solutions, Inc., *a foreign corporation*, | |
| Defendant. | |

---

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant, **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **VOLUNTARILY DISMISSED WITH PREJUDICE** in their entirety on the merits, with each party to bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 19, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge